**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02725-CMA-MEH

JOHN DAVID SCHUTTE,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF CORRECTIONS,
JOHN DAVIS, Warden, Individually and in his official capacity,
STEVEN GREEN, Individually,
RICK THOMPKINS, Individually,
JASON LENGERICH, Individually,
GREGORY SMETHERS, Individually,
RICHARD FISHER, Individually,

    Defendants.

---

**ORDER GRANTING MOTION TO AMEND CASE CAPTION**

---

This matter is before the Court on Plaintiff's Unopposed Motion to Amend Case Caption (Doc. # 31).  The Court, being fully advised in the premises and for good cause shown, GRANTS Plaintiff's motion.  It is hereby

ORDERED that the case caption in this matter shall be amended to reflect as follows:

    1.    The following Defendants are <u>terminated</u> from the case:  (1) Colorado Department of Corrections (BVCF); (2) William Burnel; (3) Tony Carochi; (4) Tom Clements; (5) Brian Coleman; (6) Gary Edmonds; (7) Thomas Fisher; and (8) Green.

2. The following Defendants <u>remain</u> as parties to the case, with the indication of their capacity as official or individual: (1) John Davis, in his individual and official capacities; (2) Rick Thompkins, in his individual capacity; (3) Jason Lengerich, in his individual capacity; and (4) Gregory Smethers, in his individual capacity.

3. The following Defendants are <u>added</u> as parties to the case: (1) State of Colorado, Department of Corrections; (2) Steven Green, in his individual capacity; and (3) Richard Fisher, in his individual capacity. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the foregoing changes to the parties in this case. The caption to this instant Order sets forth the correct parties.

DATED: April __26__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge